**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

KEVIS L. CAMPBELL,                              :
                                                :
      Plaintiff,                          :
                                                :
v.                                              :         **CASE NO:**
                                                :         **7:25-cv-123—WLS**
TIFTON QUALITY PEANUTS, LLC,                    :
                                                :
      Defendant.                          :
_____        :

### ORDER

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 4) ("Notice") filed January 30, 2026.  Therein, Plaintiff notifies the Court that he voluntarily dismisses this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such Rule provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Defendant filed a motion to dismiss (Doc. 3), but has not filed an answer or motion for summary judgment in this matter. (*See* Docket).

Accordingly, for the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiff's Notice. The above-captioned action is **DISMISSED, WITHOUT PREJUDICE**, as to Defendant. The Defendant's motion to dismiss (Doc. 3) is **DENIED, WITHOUT PREJUDICE, AS MOOT**.

The Clerk is **DIRECTED** to close this case.


**SO ORDERED**, this 2nd day of February 2026.


                                 **/s/W. Louis Sands**
                                 **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**