IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KEVIS L. CAMPBELL,                              *

              Plaintiff,                   *

v.                                              Case No. 7: 25cv-123 (WLS)

                                    *

TIFTON QUALITY PEANUTS, LLC,

                                    *

              Defendant.

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated February 2, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 3rd day of February, 2026.

                        David W. Bunt, Clerk

                        s/ Katie Logsdon, Deputy Clerk